**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CYRUS R. SANDERS,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:11-1723** |
| : | |
| v. : | **(MANNION, D.J.)** |
| : | **(BLEWITT, M.J.)** |
| **COUNTY OF BRADFORD,** *et al.*, : | |
| : | |
| **Defendants** : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

**(1)** The report and recommendation of Judge Blewitt regarding the Bradford County Defendants, (Doc. No. 64), is **ADOPTED** to the extent that it recommends the motion to dismiss be granted on immunity grounds;

**(2)** Bradford County Defendant's motion to dismiss, (Doc. No. 23), is **GRANTED**;

**(3)** The Clerk is directed to **TERMINATE** Defendant Daniel Barrett from the action;

**(4)** The Clerk is directed to **TERMINATE** Defendant The County of Bradford from the action;

**(5)** The report and recommendation of Judge Blewitt regarding the PennDOT Defendants, (Doc. No. 66), is **ADOPTED** to the extent

that it recommends the motion to dismiss be granted on immunity grounds and for failure to state a claim;

**(6)** PennDOT Defendant's motion to dismiss, (Doc. No. 24), is **GRANTED**;

**(7)** The Clerk is directed to **TERMINATE** Defendant The Pennsylvania Department of Transportation from the action;

**(8)** The Clerk is directed to **TERMINATE** Defendant Lizette Harner from the action;

**(9)** The report and recommendation of Judge Blewitt regarding the Montgomery County Defendants, (Doc. No. 67), is **ADOPTED** to the extent that it recommends the motion to dismiss be granted on immunity grounds and for failure to state a claim with respect to the state employees and Defendant James Vanness. The court declines to adopt the report and recommendation with respect to Defendant Cynthia Dunlap.

**(10)** Montgomery County Defendant's motion to dismiss, (Doc. No. 25), is **GRANTED**;

**(11)** The Clerk is directed to **TERMINATE** Defendant Montgomery County from the action;

**(12)** The Clerk is directed to **TERMINATE** Defendant Officers Unknown, Montgomery County from the action;

**(13)** The Clerk is directed to **TERMINATE** Defendant Risa Vetri

Ferman from the action;

**(14)** The Clerk is directed to **TERMINATE** Defendant Richard Marsh from the action;

**(15)** The Clerk is directed to **TERMINATE** Defendant James H. Vanness from the action;

**(16)** The case is **REMANDED** to Judge Blewitt for further pre-trial case management including dispositive motions.


        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Dated: June 4, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1723-01-order.wpd