# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cyrus R. Sanders, | : |
|     Plaintiff, | : CIVIL ACTION NO. 3:11-1723 |
| v. | : (MANNION, D.J.) |
| County of Bradford, | : (BLEWITT, M.J.) |
| *et. al.* | : (MEHALCHICK, M.J.)[1] |
|     Defendants. | : |
| | : |

## ORDER

In light of the Memorandum filed today, **IT IS HEREBY ORDERED THAT** the plaintiff's Motion to Alter Judgment, (Doc. No. 81), is **DENIED**.

                        s/ *Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**DATE: October 16, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1723-02-ORDER.wpd

---

[1] On July 15, 2013, the referral of this case was reassigned to Judge Mehalchick.