# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYRUS R. SANDERS,** | : |
| **Plaintiff** | : **CIVIL ACTION NO. 3:11-1723** |
| v. | : **(MANNION, D.J.)** |
| **COUNTY OF BRADFORD**, *et al.*, | : **(MEHALCHICK, M.J.)** |
| **Defendants** | : |

## ORDER

For the reasons stated in the Memorandum filed today, **IT IS HEREBY ORDERED THAT:**

1. The complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) with respect to the remaining defendants in this action, Cynthia Dunlap, Bruce Cohen, and Annette Ryan; and

2. The Clerk is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 25, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1723-05-order.wpd